## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GWENDOLYN B. SMITH,**<br><br>  Plaintiff,<br><br>  v.<br><br>**THE DISTRICT OF COLOMBIA,**<br><br>  Defendant. | **Civil Action No.  02-481 (JMF)** |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Plaintiff's Motion for a New Trial [#84] is **DENIED.**

**SO ORDERED.**

 

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: